UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROLANDO ANGUIANO,

                Petitioner,          17 **CIVIL** 557 (NSR)
                                       14 **CR.** 711 (NSR)

-against-

## JUDGMENT

UNITED STATES OF AMERICA,
                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 9, 2022, the Court has DENIED Petitioner's Section 2255 Petition as MOOT; accordingly, case 17cv557 is closed.

**DATED:** New York, New York
             May 9, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                           **BY:**
                                                   **Deputy Clerk**